# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARCELLA FOX,

  Plaintiff(s),

v.

RYAN KOVACS, et al.,

  Defendant(s).

Case No. 2:24-cv-00047-CDS-NJK

**Order**

[Docket No. 21]

  Pending before the Court is Plaintiff's motion for service by the U.S. Marshal.  Docket No. 21.  The top of that motion has a notation of: "CONFIDENTIAL.  THIS IS NOT A COURT FORM.  DO NOT FILE WITH THE COURT."  *Id.* at 1 (emphasis in original).  Because it is not clear that Plaintiff intended this motion to be filed with the Court,[1] the motion is hereby STRICKEN.

  IT IS SO ORDERED.

  Dated: April 23, 2024

             _____
             Nancy J. Koppe
             United States Magistrate Judge

---

[1] Since all of the Defendants have appeared and it is not clear that there is a pending challenge to service, it is also not clear that any further service efforts are necessary at this time.  *Cf.* Fed. R. Civ. P. 12(h)(1).

1