Troy L. Isaacson, Esq.
Nevada Bar No. 6690
**ISAACSON LAW**
9900 Covington Cross Drive
Suite 210B
Las Vegas, Nevada 89144
Telephone: (702) 529-2559
Facsimile: (702) 529-2558
Troy@IsaacsonLawLV.com
*Counsel for Defendant, Casa Vegas Adult Condominiums Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELLA FOX, an individual,<br><br>Plaintiff<br><br>v.<br><br>RYAN KOVACS, an individual, LE CROQUE-MITAINE LLC, A Domestic Limited Liability Company; ORANGE REALTY GROUP, LLC, A Domestic Limited-Liability Company; CASA VEGAS ADULT CONDOMINIUMS ASSOCIATION, A Nevada Not for Profit Corporation; and HOPELINK OF SOUTHERN NEVADA, a Domestic Non-profit Corporation,<br><br>Defendants | CASE NO.: 2:24-cv-00047-CDS-NJK<br><br>**STIPULATION AND ORDER THEREON TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MARCELLA FOX, and the CASA VEGAS ADULT CONDOMINIUMS ASSOCIATION, through its counsel of record, that all claims and causes of action in the above titled matter are hereby dismissed, with prejudice, as to the CASA VEGAS ADULT CONDOMINIUMS ASSOCIATION.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED:**

| Dated this 1ˢᵗ day of Mary, 2024. | Dated this 1ˢᵗ day of May, 2024. |
|---|---|
| **ISAACSON LAW** | MARCELLA FOX |
| /s/ *Troy Isaacson* | /s/ *MF* |
| TROY L. ISAACSON, ESQ. #6690 | MARCELLA FOX, pro se |
| 9900 Covington Cross Drive, Suite 210B | 1405 Vegas Valley Drive, Unit 305 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89169 |
| | *In Pro Per* |
| *Attorneys for Defendant, Casa Vegas Adult Condominium Association* | |

### ORDER

Based on the stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action in the above titled matter, including all direct claims and all third-party claims, are hereby dismissed <u>with prejudice</u> as to the CASA VEGAS ADULT CONDOMINIUMS ASSOCIATION. Each party is to bear its, his, or her own attorneys' fees and costs.

_____
U.S. DISTRICT JUDGE

Dated: May 3, 2024

Doc ID: aea9035cd3abdf1e3b374177892de3d7f710ee38