# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCELLA FOX,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RYAN KOVACS, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00047-CDS-NJK<br><br>**Order**<br><br>[Docket No. 37] |

　　　　Pending before the Court is a stipulation to stay discovery filed by Plaintiff and Defendant HopeLink.  Docket No. 37.  Although the Court continues to have reservations as to the propriety of a stay as to these parties, *see, e.g.*, *White v. Am. Tobacco Co.*, 125 F.R.D. 508, 510 (D. Nev. 1989), the pending stipulation represents that the parties are unable to obtain the discovery needed on their claims and defenses in the current procedural posture, *see* Docket No. 37 at 2, 4.  Given this representation, the unique circumstances of the case, and the joint nature of the request, the Court will **GRANT** the stipulation.  A renewed discovery plan must be filed within 14 days of the order resolving the pending motion to dismiss (Docket No. 12).

　　　　IT IS SO ORDERED.

　　　　Dated: June 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge