UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marcella Fox,<br><br>   Plaintiff<br><br>v.<br><br>Ryan Kovacs, et al.,<br><br>   Defendants | Case No. 2:24-cv-00047-CDS-NJK<br><br>**Order Denying as Moot Defendants' Motion to Dismiss and Denying as Moot Plaintiff's Pending Motions**<br><br>[ECF Nos. 12, 40, 41, 50] |

Plaintiff Marcella Fox filed an amended complaint (ECF No. 66), which has the effect of superseding the original complaint in its entirety. *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990); *see also Ramirez v. Cnty of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). For this reason, defendants Ryan Kovacs, Le Croque Mitaine LLC, and Orange Realty Group LLC's motion to dismiss targeting the original complaint **[ECF No. 12] is denied as moot**. "Because the Defendants' motion to dismiss targeted the Plaintiff's. . . Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot[.]"). *Ramirez*, 806 F.3d at 1008. Further, because the motion to dismiss is moot, Fox's requests for the court to issue a ruling on defendants' motion to dismiss **[ECF Nos. 40, 41]** and request for rulings on pending motions **[ECF No. 50] are denied as moot**.

Dated: January 24, 2025

_____
Cristina D. Silva
United States District Judge