# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCELLA FOX,<br><br>    Plaintiff(s),<br><br>v.<br><br>RYAN KOVACS, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00047-CDS-NJK<br><br>**Order**<br><br>[Docket No. 69] |

Pending before the Court is Plaintiff's notice of service of disclosures. Docket No. 69. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 3, 2025

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge